# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RONALD KELLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV414-282 |
| STAFF ZONE, INC., | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Over two months ago, the Court ordered plaintiff Ronald Kelley to amend his complaint and correct a multitude of pleading deficiencies, chief of which is a complete lack of facts. Doc. 12. He has failed to comply, so his case should be dismissed without prejudice. *See* L.R. 41(b); *see Taylor v. Augusta-Richmond Cnty. Consol. Comm'rs*, 2015 WL 5827444 at * 1 (11th Cir. Oct. 7, 2015) (affirming dismissal without prejudice under Local Rule 41.1(b) for failure to comply with this Court's order requiring *pro se* plaintiff to respond to a motion to dismiss); *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order);

*Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir.1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice).

**SO REPORTED AND RECOMMENDED,** this 14TH day of October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA